# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 12, 2024

## NO. 03-23-00658-CV

**A. S., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND KELLY
AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the de novo order terminating parental rights signed by the trial court on October 16, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's termination order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.